**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Gwendolyn Ward, | ) |
|         Plaintiff, | ) |
| v. | ) Case No. 23-CV-00166-TCK-JFJ |
| CNL-Tulsa, LLC, A Foreign Limited Liability Company and TGC Hospitality Management, | ) |
|         Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the parties and pursuant to F.R.C.P. 41(a)(1)(A)(ii) do hereby dismiss with prejudice the First Amended Complaint filed on October 6, 2023 [Doc. 23] and the claims set forth therein in their entirety. Each side will pay its own attorneys' fees and costs.

Respectfully submitted,

Michael P. Van Tassell, OBA #20552
LEGAL AID SERVICES OF
OKLAHOMA, INC
907 S. Detroit Ave., Ste 725
Tulsa, OK 74120
(918) 921-9527
(918) 584-3060 (Fascimile)

ATTORNEY FOR PLAINTIFF

Madalene A.B. Witterholt, OBA #10528
CROWE & DUNLEVY
A Professional Corporation
222 N. Detroit Ave., Suite 600
Tulsa, OK 74120
(918) 592-9800
(918) 592-9801 (Facsimile)

-and-

Michael W. Bowling, OBA #19758
CROWE & DUNLEVY
A Professional Corporation
324 N. Robinson, Ste 100
Oklahoma City, OK 73102
(405) 239-6697

ATTORNEYS FOR DEFENDANTS